UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NINA MCCLAIN,

          Plaintiff,

v.

HENRY FORD HEALTH,

          Defendant.
_____/

Case Number 24-11739
Honorable David M. Lawson

## ORDER OF DISMISSAL

On January 15, 2025, the plaintiff filed a notice of voluntary dismissal of her claims against the defendant. The defendant has not filed an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED**.

          s/David M. Lawson
          DAVID M. LAWSON
          United States District Judge

Dated:   January 16, 2025